IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN L HOWARD, #2110661, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:22-CV-1476-X-BK |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.   [Doc. No. 8].   No objections were filed.   The Court has reviewed the proposed findings, conclusions, and recommendation for plain error.   Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.   The Court **DISMISSES** this case without prejudice for failure to comply with a court order and for lack of prosecution.

**IT IS SO ORDERED** this 22nd day of November, 2022.

_____

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE